**AMIGO SMOKELESS COAL COMPANY, Petitioner,**

v.

**Herschel H. JENKS; Benefits Review Board; Director, Office of Workers' Compensation Programs, Respondents.**

No. 06–1339.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2007.

Decided: Oct. 12, 2007.

Douglas A. Smoot, Kathy L. Snyder, Jackson Kelly PLLC, Morgantown, West Virginia, for Petitioner. Frederick K. Muth, Hensley, Muth, Garton & Hayes, Bluefield, West Virginia; Jonathan L. Snare, Acting Solicitor of Labor, Patricia M. Nece, Jeffrey S. Goldberg, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amigo Smokeless Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits on a claim filed by Herschel Jenks pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Amigo Smokeless Coal Co. v. Jenks,* No. 05–0529–BLA (B.R.B. Jan. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*